Official Form 1 (04/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **DISTRICT OF** *MARYLAND* | |

| Name of Debtor (if individual, enter Last, First, Middle): <br> *T.D. Bistro, Inc. ,* <br> *a   Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): <br> *NONE* | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN <br> (if more than one, state all): *050551565* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN <br> (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> *1719 Eastern Avenue* <br> *Baltimore MD*      ZIPCODE *21231* | Street Address of Joint Debtor (No. and Street, City, and State):    ZIPCODE |
| County of Residence or of the <br> Principal Place of Business:    *Baltimore City* | County of Residence or of the <br> Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> *SAME*    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): *SAME*    ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**

(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other   *Resaturant*

**Tax-Exempt Entity**

(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

☒ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

– – – – – – – – – – – – – – – – – – – – – – – – – – –

**Check all applicable boxes:**

☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Official Form 1 (04/10)                                                                    FORM B1, Page    2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**T.D. Bistro, Inc. ,**<br>**a  Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**    (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:<br>**US District Ct. of MD** | Case Number:<br>**09-17879** | Date Filed:<br>**5/1/09** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>***NONE*** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☒ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)              Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>                                           _____<br>                                           (Name of landlord that obtained judgment)<br><br>                                           _____<br>                                           (Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (04/10)

FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *T.D. Bistro, Inc. ,* |
| | *a Corporation* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** */s/ Stephen L. Prevas*
Signature of Attorney for Debtor(s)

*Stephen L. Prevas 01678*
Printed Name of Attorney for Debtor(s)

*Prevas & Prevas*
Firm Name

*American Building, Suite 702*
Address

*231 East Baltimore Street*

*Baltimore MD 21202*

*410-752-2340*
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Timothy O. Dean*
Signature of Authorized Individual

*Timothy O. Dean*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

_____
Date

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## Northern DIVISION

In re  *T.D. Bistro, Inc.*
    *a  Corporation*

Case No.

Chapter  *11*

_____
                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*MTD Realty, LLC*<br>*1717 Eastern Avenue*<br>*Baltimore MD  21231* | Phone:<br>*MTD Realty, LLC*<br>*1717 Eastern Avenue*<br>*Baltimore MD  21231* | | | *$ 50,000.00* |
| 2<br>*Comptroller of the Treasurery*<br>*State Office Building*<br>*301 West Preston Street*<br>*Baltimore MD  21201* | Phone:<br>*Comptroller of the Treasurery*<br>*State Office Building*<br>*301 West Preston Street*<br>*Baltimore MD  21201* | | | *$ 41,036.36* |
| 3<br>*M & T Bank*<br>*25 S. Charles Street*<br>*Baltimore MD  21201* | Phone:<br>*M & T Bank*<br>*25 S. Charles Street*<br>*Baltimore MD  21201* | | | *$ 29,094.41* |
| 4<br>*E. Goodwin & Sons, Inc.*<br>*7901 Oceana Avenue*<br>*Jessup MD  20794* | Phone:<br>*E. Goodwin & Sons, Inc.*<br>*7901 Oceana Avenue*<br>*Jessup MD  20794* | | | *$ 13,000.00* |
| 5<br>*The Country Vinters, LLC*<br>*10983 Guildford Road*<br>*Annapolis Juncti MD  20701* | Phone:<br>*The Country Vinters, LLC*<br>*10983 Guildford Road*<br>*Annapolis Juncti MD  20701* | | | *$ 11,065.15* |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>BGE<br>BGE Bankruptcy Unit<br>PO Box 1475<br>Baltimore MD  21203 | Phone:<br>BGE<br>BGE Bankruptcy Unit<br>PO Box 1475<br>Baltimore MD  21203 | | | $ 7,786.01 |
| 7<br>Department of Labor/Unemployme<br>PO Box 1844<br>Baltimore MD  21203 | Phone:<br>Department of Labor/Unemployme<br>PO Box 1844<br>Baltimore MD  21203 | | | $ 7,558.64 |
| 8<br>Fells Point Wholesale Meats<br>1600 South Montoe Street<br>Baltimore MD  21230 | Phone:<br>Fells Point Wholesale Meats<br>1600 South Montoe Street<br>Baltimore MD  21230 | | | $ 5,500.00 |
| 9<br>Arlene S. Cristmon<br>1101 N. Calvert Street<br>Baltimore MD  21202 | Phone:<br>Arlene S. Cristmon<br>1101 N. Calvert Street<br>Baltimore MD  21202 | | | $ 4,000.00 |
| 10<br>Congressional Seafood Company,<br>7901 Oceano Avenue<br>Jessup MD  20794 | Phone:<br>Congressional Seafood Company,<br>7901 Oceano Avenue<br>Jessup MD  20794 | | | $ 3,937.25 |
| 11<br>International Gourmet Foods, I<br>7520 Fullerton Road<br>Springfield VA  22153 | Phone:<br>International Gourmet Foods, I<br>7520 Fullerton Road<br>Springfield VA  22153 | | | $ 2,200.00 |
| 12<br>American Express<br>PO Box 1270<br>Newark NJ  07101-1270 | Phone:<br>American Express<br>PO Box 1270<br>Newark NJ  07101-1270 | | | $ 1,990.80 |

_____ ,
                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>*Waste Management*<br>*6694 Columbia Gateway Drive*<br>*Suite 200*<br>*Columbia MD  21046* | Phone:<br>*Waste Management*<br>*6694 Columbia Gateway Drive*<br>*Suite 200*<br>*Columbia MD  21046* | | | $ 1,983.11 |
| 14<br>*Rose Bud Entertainment, LLC*<br>*1966 Greenspring Drive*<br>*Suite 300*<br>*Lutherville Timo MD*<br>*21093-1603* | Phone:<br>*Rose Bud Entertainment, LLC*<br>*1966 Greenspring Drive*<br>*Suite 300*<br>*Lutherville Timo MD*<br>*21093-1603* | | | $ 1,775.03 |
| 15<br>*Byron Del Cid* | Phone:<br>*Byron Del Cid* | | | $ 1,500.00 |
| 16<br>*Martin Seafood Company*<br>*PO Box 220*<br>*Jessup MD  20794* | Phone:<br>*Martin Seafood Company*<br>*PO Box 220*<br>*Jessup MD  20794* | | | $ 1,500.00 |
| 17<br>*City of Baltimore Metered Wate*<br>*200 Holiday Street*<br>*Baltimore MD  21202* | Phone:<br>*City of Baltimore Metered Wate*<br>*200 Holiday Street*<br>*Baltimore MD  21202* | | | $ 1,364.74 |
| 18<br>*American Express*<br>*PO Box 1270*<br>*Newark NJ  07101-1270* | Phone:<br>*American Express*<br>*PO Box 1270*<br>*Newark NJ  07101-1270* | | | $ 1,211.75 |
| 19<br>*Verizon*<br>*PO Box 660720*<br>*Dallas TX  75266-0720* | Phone:<br>*Verizon*<br>*PO Box 660720*<br>*Dallas TX  75266-0720* | | | $ 1,069.22 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20<br>*Silver Spoon Ltd., Inc.*<br>*11728 Nebel Street*<br>*Rockville MD  20852* | Phone:<br>*Silver Spoon Ltd., Inc.*<br>*11728 Nebel Street*<br>*Rockville MD  20852* | | D | $ 950.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Timothy O. Dean* _____ , *President* _____ of the *Corporation* _____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date: _____        Signature */s/ Timothy O. Dean* _____
                                    Name:  *Timothy O. Dean*
                                    Title:  *President*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

In re *T.D. Bistro, Inc. , a  Corporation*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  **Stephen L. Prevas**

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|--------|----------------------------------------|------------------|-----------------------------------|
| *1* | *Timothy Dean*<br>*1719 Eastern Avenue*<br>*Baltimore MD 21231* | *20* | *common stock* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**LIST OF EQUITY SECURITY HOLDERS**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Timothy O. Dean* , *President* of the *corporation* named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: _____

Signature: */s/ Timothy O. Dean* _____

Name: *Timothy O. Dean*

Title: *President*

B6D (Official Form 6D) (12/07)

In re T.D. Bistro, Inc. _____ ,                    Case No. _____
          **Debtor(s)**                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| Account No. | | | | | | | | |
| | | | Value: | | | | | |
| Account No. | | | | | | | | |
| | | | Value: | | | | | |
| Account No. | | | | | | | | |
| | | | Value: | | | | | |
| No continuation sheets attached | | | **Subtotal $**<br>(Total of this page) | | | | $ 0.00 | $ 0.00 |
| | | | **Total $**<br>(Use only on last page) | | | | $ 0.00 | $ 0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _T.D. Bistro, Inc._____,    Case No._____
                            **Debtor(s)**                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_    **continuation sheets attached**

In re _T.D. Bistro, Inc._____ ,    Case No._____
                      **Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | | | |
| Account No: *Creditor # : 1 Byron Del Cid* | | | | | | | | $ 1,500.00 | $ 1,500.00 | $ 0.00 |
| Account No: | | | | | | | | | | |
| Account No: | | | | | | | | | | |
| Account No: | | | | | | | | | | |
| Account No: | | | | | | | | | | |
| Account No: | | | | | | | | | | |

Sheet No. _1_ of _2_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal $ (Total of this page) | 1,500.00 | 1,500.00 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

In re <u>T.D. Bistro, Inc.</u>                        ,      Case No._____
         **Debtor(s)**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: **Taxes and Certain Other Debts Owed to Governmental Units**

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | | |
| Account No: *1320*<br>*Creditor # : 2*<br>*Department of*<br>*Labor/Unemployme*<br>*PO Box 1844*<br>*Baltimore MD 21203* | | | | | | | $ 7,558.64 | $ 7,558.64 | $ 0.00 |
| Account No: *5868*<br>*Creditor # : 3*<br>*Comptroller of the Treasurery*<br>*State Office Building*<br>*301 West Preston Street*<br>*Baltimore MD 21201* | | | | | | | $ 41,036.36 | $ 41,036.36 | $ 0.00 |
| Account No: *2535*<br>*Creditor # : 4*<br>*Comptroller of the*<br>*Treasurery-*<br>*Annapolis MD 21411* | | | | | | | $ 941.57 | $ 941.57 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | 49,536.57 | 49,536.57 | 0.00 |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 51,036.57 | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 51,036.57 | 0.00 |

B6F (Official Form 6F) (12/07)

In re  _T.D. Bistro, Inc._____ ,          Case No._____
                          **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8025  **Creditor # : 1** **ADT Security Services, Inc.** **PO Box 371967** **Pittsburgh PA 15250-7967** | | | | | | | $ 248.79 |
| Account No:   2003  **Creditor # : 2** **American Express** **PO Box 1270** **Newark NJ 07101-1270** | | | | | | | $ 1,990.80 |
| Account No:   4002  **Creditor # : 3** **American Express** **PO Box 1270** **Newark NJ 07101-1270** | | | | | | | $ 1,211.75 |
| Account No:  **Creditor # : 4** **Arlene S. Cristmon** **1101 N. Calvert Street** **Baltimore MD 21202** | | | | | | | $ 4,000.00 |

_3_ continuation sheets attached

Subtotal $        $ 7,451.34

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _T.D. Bistro, Inc._____,          Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    **4065** | | | | | | | **$ 100.00** |
| Creditor # : 5 Baltimore False Alarm Reductio PO Box 17283 Baltimore MD 21297-1283 | | | | | | | |
| Account No:    **4535** | | | | | | | **$ 7,786.01** |
| Creditor # : 6 BGE BGE Bankruptcy Unit PO Box 1475 Baltimore MD 21203 | | | | | | | |
| Account No:    **1092** | | | | | | | **$ 319.46** |
| Creditor # : 7 Certegy Payment Recovery Servi PO Box 30184 Tampa FL 33630-3184 | | | | | | | |
| Account No:    **0769** | | | | | | | **$ 1,364.74** |
| Creditor # : 8 City of Baltimore Metered Wate 200 Holiday Street Baltimore MD 21202 | | | | | | | |
| Account No:    **m120** | | | | | | | **$ 3,937.25** |
| Creditor # : 9 Congressional Seafood Company, 7901 Oceano Avenue Jessup MD 20794 | | | | | | | |
| Account No: | | | | | | | **$ 13,000.00** |
| Creditor # : 10 E. Goodwin & Sons, Inc. 7901 Oceana Avenue Jessup MD 20794 | | | | | | | |

Sheet No.    _1_ of    _3_ continuation sheets attached to Schedule of          **Subtotal $**    **$ 26,507.46**
Creditors Holding Unsecured Nonpriority Claims                                                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _T.D. Bistro, Inc._____ ,    Case No. _____
            **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 11<br>*Fells Point Wholesale Meats*<br>*1600 South Montoe Street*<br>*Baltimore MD 21230* | | | | | | | $ 5,500.00 |
| Account No: *mo10*<br>Creditor # : 12<br>*International Gourmet Foods, I*<br>*7520 Fullerton Road*<br>*Springfield VA 22153* | | | | | | | $ 2,200.00 |
| Account No:<br>Creditor # : 13<br>*M & T Bank*<br>*25 S. Charles Street*<br>*Baltimore MD 21201* | | | | | | | $ 29,094.41 |
| Account No:<br>Creditor # : 14<br>*Martin Seafood Company*<br>*PO Box 220*<br>*Jessup MD 20794* | | | | | | | $ 1,500.00 |
| Account No:<br>Creditor # : 15<br>*MTD Realty, LLC*<br>*1717 Eastern Avenue*<br>*Baltimore MD 21231* | | | | | | | $ 50,000.00 |
| Account No: *0148*<br>Creditor # : 16<br>*Rose Bud Entertainment, LLC*<br>*1966 Greenspring Drive*<br>*Suite 300*<br>*Lutherville Timo MD 21093-1603* | | | | | | | $ 1,775.03 |

Sheet No.  _2_  of  _3_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 90,069.44
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _T.D. Bistro, Inc._____ ,          Case No._____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 17 <br> Silver Spoon Ltd., Inc. <br> 11728 Nebel Street <br> Rockville MD 20852 | | | | | | X | $ 950.00 |
| Account No:   5075 <br> Creditor # : 18 <br> The Country Vinters, LLC <br> 10983 Guildford Road <br> Annapolis Juncti MD 20701 | | | | | | | $ 11,065.15 |
| Account No:   9786 <br> Creditor # : 19 <br> Verizon <br> PO Box 660720 <br> Dallas TX 75266-0720 | | | | | | | $ 1,069.22 |
| Account No:   20-1 <br> Creditor # : 20 <br> Waste Management <br> 6694 Columbia Gateway Drive <br> Suite 200 <br> Columbia MD 21046 | | | | | | | $ 1,983.11 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _3_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 15,067.48 |
|---|---|---|
|  | Total $ | $ 139,095.72 |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

In re *T.D. Bistro, Inc. , a  Corporation*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *Stephen L. Prevas*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ____*3*____ pages,

is true, correct and complete to the best of my knowledge.

Date: _____

*/s/ Timothy O. Dean* _____
Debtor

*/s/ Stephen L. Prevas* _____
*Stephen L. Prevas*
*Attorney for the debtor(s)*
*American Building, Suite 702*
*231 East Baltimore Street*
*Baltimore, MD  21202*

ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA  15250-7967


Baltimore False Alarm Reductio
PO Box 17283
Baltimore, MD  21297-1283


Certegy Payment Recovery Servi
PO Box 30184
Tampa, FL  33630-3184


Internal Revenue Service
Special Procedures Unit
PO Box 1076
PNI Unit
Baltimore, MD  21203


Maryland Comptroller of the Treasury
Retail Sales Tax Division
State Office Building
301 W Preston St
Baltimore, MD  21201


Comptroller of the Treasurery-
Annapolis, MD  21411


Timothy Dean
1719 Eastern Avenue
Baltimore, MD  21231

American Express
PO Box 1270
Newark, NJ  07101-1270


Arlene S. Cristmon
1101 N. Calvert Street
Baltimore, MD  21202


BGE
BGE Bankruptcy Unit
PO Box 1475
Baltimore, MD  21203


Byron Del Cid


City of Baltimore Metered Wate
200 Holiday Street
Baltimore, MD  21202


Congressional Seafood Company,
7901 Oceano Avenue
Jessup, MD  20794


Department of Labor/Unemployme
PO Box 1844
Baltimore, MD  21203


E. Goodwin & Sons, Inc.
7901 Oceana Avenue
Jessup, MD  20794


Fells Point Wholesale Meats
1600 South Montoe Street
Baltimore, MD  21230


International Gourmet Foods, I
7520 Fullerton Road
Springfield, VA  22153

```
M & T Bank
25 S. Charles Street
Baltimore, MD  21201


Martin Seafood Company
PO Box 220
Jessup, MD  20794


MTD Realty, LLC
1717 Eastern Avenue
Baltimore, MD  21231


Rose Bud Entertainment, LLC
1966 Greenspring Drive
Suite 300
Lutherville Timo, MD  21093-1603


Silver Spoon Ltd., Inc.
11728 Nebel Street
Rockville, MD  20852


Comptroller of the Treasurery
State Office Building
301 West Preston Street
Baltimore, MD  21201


The Country Vinters, LLC
10983 Guildford Road
Annapolis Juncti, MD  20701


Verizon
PO Box 660720
Dallas, TX  75266-0720


Waste Management
6694 Columbia Gateway Drive
Suite 200
Columbia, MD  21046
```